UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID MELLOR<br>and DENISE MELLOR,<br>Plaintiffs<br><br>vs.<br><br>JETBLUE AIRWAYS CORPORATION,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 1:21-cv-10319 |

**PLAINTIFFS' PROPOSED VERDICT FORM**

Pursuant to the Court's Procedural Order Re: Pretrial/Trial; Doc. No. 65, plaintiffs in the above-captioned matter, by and through their counsel, submit the following Proposed Verdict Form.

Respectfully submitted, Plaintiffs,
By Their Attorneys,
BREAKSTONE, WHITE & GLUCK, P.C.

MARC BREAKSTONE, BBO # 547981
Two Center Plaza, Suite 530
Boston, MA 02108-1906
617-723-7676
breakstone@bwglaw.com

Dated: April 8, 2024

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID MELLOR
and DENISE MELLOR,
Plaintiffs

vs.

JETBLUE AIRWAYS CORPORATION,
Defendant

CIVIL ACTION NO. 1:21-cv-10319

**PROPOSED VERDICT FORM**

1. Was defendant negligent?

Yes ___________ No___________

*(If you answered "Yes" to Question 1 please proceed to Question 2. If you answered "No," your deliberations are complete; please sign this document and inform the court.)*

2. Was the negligence of defendant a cause of injury to plaintiff David Mellor?

Yes ___________ No___________

*(If you answered "Yes" to Question 2 please proceed to Questions 3-4). If you answered "No," your deliberations are complete; please sign this document and inform the court.)*

3. What amount of money will fully, fairly and reasonably compensate plaintiff David Mellor for his damages past, present and future?

Amount in figures: $___________________

Amount in words: ____________________________________

4. What amount of money will fully, fairly and reasonably compensate plaintiff Denise Mellor for her damages for loss of consortium of her husband David Mellor, past, present and future?

Amount in figures: $___________________

Amount in words: ___________________________________

5. Total Damages of David Mellor and Denise Mellor (add Amounts from 3 and 4)

Amount in figures: $__________________

Amount in words: __________________________________

**I certify that these are the unanimous answers of all deliberating jurors.**

__________________________________
Foreperson

Date: _____________

Time:_____________

**Certificate of Service**

I, Marc L. Breakstone, of Breakstone, White & Gluck, P.C., certify that on April 8, 2024, a copy of the foregoing was electronically filed and served on all parties by filing with the Court's electronic filing system through which all parties may access this filing through the Court's CM/ECF System.

Dated: April 8, 2024

Marc L. Breakstone, Esq.