UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MELLOR<br>and DENISE MELLOR,<br>    Plaintiffs<br><br>vs.<br><br>JETBLUE AIRWAYS CORPORATION,<br>    Defendant | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 1:21-cv-10319<br>)<br>)<br>) |

## TRIAL BRIEF OF PLAINTIFFS

Pursuant to the Court's Procedural Order Re: Pretrial/Trial: Doc. No. 65, Plaintiffs hereby submit their Trial Brief in the captioned matter. Plaintiffs state that the pre-trial submissions of plaintiffs have substantially provided the Court with the procedural and substantive pre-trial matters that may be required in a Trial Brief. Plaintiffs would like to address the matters set forth in defendant JetBlue Airway Corporation's Trial Brief.

Plaintiffs agree that the language in FAA Advisory Circular 43-9C CHG does not apply in this case. Paragraph number 7 of the Affidavit of Daniel Allison (Doc. No. 120-1) filed on April 19, 2024 was included in error. Plaintiffs stand by the remainder of the contentions in Mr. Allison's Affidavit.

                                          Respectfully submitted,
                                          Plaintiffs,
                                          By Their Attorneys,
                                          BREAKSTONE, WHITE & GLUCK, P.C.

                                          _/s/ Marc Breakstone_

                                          MARC BREAKSTONE, BBO # 547981
                                          Two Center Plaza, Suite 530
                                          Boston, MA  02108-1906
                                          617-723-7676
Dated: April 21, 2024                      breakstone@bwglaw.com

## Certificate of Service

      I, Marc L. Breakstone, of Breakstone, White & Gluck, P.C., certify that on April 22, 2024, a copy of the foregoing was electronically filed and served on all parties by filing with the Court's electronic filing system through which all parties may access this filing through the Court's CM/ECF System.

Steven E. Arnold, Esq.  
SA LAW, P.C.  
8 Whittier Place, Suite 14F  
Boston, MA 02114  
sea@salaw.us

David A. White, Esq.  
869 Turnpike Street, Suite 110  
North Andover, MA 01845  
dwhite@daviswhite.com

Dated:  April 22, 2024

Marc L. Breakstone, Esq.