UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID MELLOR and DENISE MELLOR, <br>     Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION <br>     Defendant. | : CIVIL ACTION NO.1:21-cv-10319-IT <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : APRIL 25, 2024 |

NOTICE OF SETTLEMENT IN PRICIPLE
AND MOTION TO VACATE ALL DEADLINES

    Defendant, JetBlue Airways Corporation, on behalf of all parties, with Plaintiffs' counsels' approval and permission, herewith gives notice that the parties have agreed in principle to the settle captioned action. Counsel for the parties are in the process of preparing and finalizing their Settlement Agreement, and their Stipulation of Dismissal to be filed with the Court. The parties intend to complete their Settlement Agreement as soon as is practicable, and respectfully request that the parties be allowed thirty days to file their Stipulation of Dismissal. Accordingly, Defendant requests that the Court vacate all deadlines in its Procedural Order Re: Pretrial/Trial (Doc. No. 65).

Respectfully submitted,

DEFENDANT
JETBLUE AIRWAYS CORPORATION

 /s/ Steven E. Arnold
Steven E. Arnold BBO # 649213
SA Law, P.C.
8 Whittier Place, Suite 14F
Boston, Massachusetts 02114
Telephone: (617) 670-0868
Facsimile:  (508) 255-6185

and

    /s/ *David A. White*
David A. White BBO No. 551682
Davis & White, LLC
869 Turnpike Street, Suite 110
North Andover, MA 01845
Telephone: (978) 688-1433
Facsimile: (978) 258-2874

Its Attorneys

## **CERTIFICATION**

    I certify that on April 25, 2024, a copy of the foregoing was electronically filed and served by regular mail, postage prepaid, and/or by e-mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail or email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ *Steven E. Arnold*
Steven E. Arnold